B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Giganti, Francis Joseph | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Francis J Giganti     f/d/b/a The Law Office<br>Frank J Giganti    of Francis J Giganti | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):    4202 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>3848 N Whipple St<br>Chicago, IL<br>                              ZIPCODE 60618 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>                              ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>                              ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>                              ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>                              ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☒ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9            Recognition of a Foreign<br>☐ Chapter 11          Main Proceeding<br>☐ Chapter 12         ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                            Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."       ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>-----------------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

<table>
<tr><td colspan="2"><strong>Voluntary Petition</strong><br><em>(This page must be completed and filed in every case)</em></td><td><strong>Name of Debtor(s):</strong><br>Giganti, Francis Joseph</td></tr>
</table>

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><strong>Exhibit A</strong><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><strong>Exhibit B</strong><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Giganti, Francis Joseph |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor        Francis Joseph Giganti

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

4-16-08
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                   Case No. _____

Giganti, Francis Joseph _____    Chapter **7** _____
                                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____

Date: 4-16-08 _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:

Giganti, Francis Joseph

Case No. _____

Chapter **7**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 5 | $ 63,412.74 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 181,439.69 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 80,344.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 357,419.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 720.00 |
| TOTAL | | 24 | $ 63,412.74 | $ 619,202.97 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Giganti, Francis Joseph                                  Chapter **7** _____
_____
                Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A)

IN RE Giganti, Francis Joseph
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Giganti, Francis Joseph
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Presidential dollars $5**<br>**Silver coins $18.75**<br>**Cash $25.00** | | 48.75 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank**<br>**Checking account**<br>**Account #xxxxx1116** | | 48.00 |
| | | **Heartland Credit Union**<br>**Savings account**<br>**Account # xx5** | | 30.02 |
| | | **Security Bank**<br>**Checking account**<br>**Account # xxxxx8453** | | 10.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

© 1993-2008 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE Giganti, Francis Joseph
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | leather couch<br>leather loveseat<br>coffee table<br>2 end tables<br>2 lamps<br>wood secretary<br>32" color TV RCA<br>wood television cabinet<br>5 x 8 floor rug<br>sofa<br>2 wing back chairs<br>3 x 5 floor rug<br>5 x 8 floor rug<br>throw floor rug<br>runner floor rug<br>2 - 5 x 8 floor rug<br>kitchen table and 4 chairs<br>microwave<br>refrigerator<br>misc kitchen appliances such as electric knife, toaster & coffee pot<br>queen bed<br>chest of drawers (high boy)<br>night stand<br>dresser with mirror<br>answering machine<br>china (12 settings)<br>crystal stemware (12 settings)<br>crystal (misc.)<br>2 nativity sets<br>Department 56 Christmas collectibles (16)<br>collectible santas<br>misc Christmas ornaments<br>VCR<br>DVD player<br>CD player<br>boom box<br>14" color TV (Sony)<br>20" color TV (Toshiba)<br>25" color TV (Magnavox)<br>sleigh bed (queen)<br>dining room table & 6 chairs<br>hutch<br>2 wood framed mirrors<br>25 misc size wall hangings<br>brass fireplace screen<br>draperies<br>misc garden tools, hand tools, small hand held power tools<br>table saw<br>lawn mower<br>lawn edger<br>leaf blower | J | 1,559.50 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Giganti, Francis Joseph _____ Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 8 swords | | |
| | | *values shown in this column represent gross value based upon information and belief | | |
| | | **property described in this section four is jointly owned with Debtor's spouse from whom he is seperated, said property has the aggregate value of $3,119 | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Hat rack | | 250.00 |
| | | Heartland statutes - reproductions (18) & originals (damaged) (2) | | 186.50 |
| | | misc baseball cards | | |
| | | state quarter collection | | |
| 6.  Wearing apparel. | | One set of ordinary mens' wearing apparel | | 100.00 |
| 7.  Furs and jewelry. | | Seiko watch (gold plated) | | 50.00 |
| | | Seiko watch (leather band) not in working order | | |
| | | Gucci watch (nickel color) | | |
| | | Skagan watch (black band) not in working order | | |
| | | misc cuff links | | |
| | | college class ring | | |
| | | law school class ring | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | racquetball racquet | | 32.00 |
| | | gym bag | | |
| | | tennis shoes | | |
| | | gym clothing | | |
| | | golf clubs (FILA) | | |
| | | golf shoes | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Metlife | | 712.83 |
| | | Whole life insurance policy #770436465E1 | | |
| | | Beneficiary: Karen Giganti | | |
| | | Face value: $1226.00 | | |
| | | Cash value: $712.83 | | |
| | | Northwestern Mutual | | 843.38 |
| | | Whole life policy # 7378091 | | |
| | | Beneficiary: Karen Giganti | | |
| | | Net death benefit: $6907.77 | | |
| | | Net cash value: $843.38 | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Giganti, Francis Joseph

Debtor(s)

Case No. _____

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | AT & T stock<br>15+/- shares<br><br>Lucent Technologies<br>number of shares unknown | | 600.00<br><br>0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable of Law Office of Francis J Giganti<br>*value given is difficult to determine given recent attempts to collect said receivables by Debtor | | 55,000.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Toyota Corolla<br>Mileage 60,000<br>FMV of $3,000 | J | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Giganti, Francis Joseph
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | 3 computers, printer, printer/scanner/fax, shredder, 2 telephones, answering machine, computer table, desk, credenza, coffee table, 9 filing cabinets (storage), letter size filing cabinet, 4 Department 56 Heritage collectibles, 15 wall hangings, printer stand, boom box, wall clock (not working), 2 transcribers, hand held micro cassette, Bust of Abraham Lincoln, plastic globe, model ship (plastic) | | 807.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Assets held by Illinois State Treasurer<br>  Northern Trust Co - cashiers check $12.69<br>  National City - savings account $119.51<br>  Lucent Technologies - dividends $2.56 | | 134.76 |

© 1993-2008 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

TOTAL | 63,412.74

_____0 continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

**IN RE** Giganti, Francis Joseph                                      Case No. _____
                      Debtor(s)                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Presidential dollars $5<br>Silver coins $18.75<br>Cash $25.00 | 735 ILCS 5 §12-1001(b) | 48.75 | 48.75 |
| Chase Bank<br>Checking account<br>Account #xxxxx1116 | 735 ILCS 5 §12-1001(b) | 48.00 | 48.00 |
| Heartland Credit Union<br>Savings account<br>Account # xx5 | 735 ILCS 5 §12-1001(b) | 30.02 | 30.02 |
| Security Bank<br>Checking account<br>Account # xxxxx8453 | 735 ILCS 5 §12-1001(b) | 10.00 | 10.00 |
| leather couch<br>leather loveseat<br>coffee table<br>2 end tables<br>2 lamps<br>wood secretary<br>32" color TV RCA<br>wood television cabinet<br>5 x 8 floor rug<br>sofa<br>2 wing back chairs<br>3 x 5 floor rug<br>5 x 8 floor rug<br>throw floor rug<br>runner floor rug<br>2 - 5 x 8 floor rug<br>kitchen table and 4 chairs<br>microwave<br>refrigerator<br>misc kitchen appliances such as electric<br>knife, toaster & coffee pot<br>queen bed<br>chest of drawers (high boy)<br>night stand<br>dresser with mirror<br>answering machine<br>china (12 settings)<br>crystal stemware (12 settings)<br>crystal (misc.)<br>2 nativity sets<br>Department 56 Christmas collectibles (16)<br>collectible santas<br>misc Christmas ornaments<br>VCR<br>DVD player<br>CD player<br>boom box<br>14" color TV (Sony)<br>20" color TV (Toshiba)<br>25" color TV (Magnavox) | 735 ILCS 5 §12-1001(b) | 1,559.50 | 1,559.50 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07) - Cont.

IN RE Giganti, Francis Joseph _____    Case No. _____
_____Debtor(s)_____                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| sleigh bed (queen)<br>dining room table & 6 chairs<br>hutch<br>2 wood framed mirrors<br>25 misc size wall hangings<br>brass fireplace screen<br>draperies<br>misc garden tools, hand tools, small hand held power tools<br>table saw<br>lawn mower<br>lawn edger<br>leaf blower<br>8 swords<br>*values shown in this column represent gross value based upon information and belief<br>**property described In this section four is jointly owned with Debtor's spouse from whom he is seperated, said property has the aggregate value of $3,119 | | | |
| Hat rack | 735 ILCS 5 §12-1001(b) | 250.00 | 250.00 |
| Heartland statutes - reproductions (18) & originals (damaged) (2)<br>misc baseball cards<br>state quarter collection | 735 ILCS 5 §12-1001(b) | 186.50 | 186.50 |
| One set of ordinary mens' wearing apparel | 735 ILCS 5 §12-1001(a) | 100.00 | 100.00 |
| Seiko watch (gold plated)<br>Seiko watch (leather band) not in working order<br>Gucci watch (nickel color)<br>Skagan watch (black band) not in working order<br>misc cuff links<br>college class ring<br>law school class ring | 735 ILCS 5 §12-1001(b) | 50.00 | 50.00 |
| racquetball racquet<br>gym bag<br>tennis shoes<br>gym clothing<br>golf clubs (FILA)<br>golf shoes | 735 ILCS 5 §12-1001(b) | 32.00 | 32.00 |
| Metlife<br>Whole life insurance policy #770436465E1<br>Beneficiary: Karen Giganti<br>Face value: $1226.00<br>Cash value: $712.83 | 735 ILCS 5 §12-1001(h)(3)<br>215 ILCS 5 §238<br>735 ILCS 5 §12-1001(f) | 100%<br>100%<br>100% | 712.83 |
| Northwestern Mutual<br>Whole life policy # 7378091<br>Beneficiary: Karen Giganti<br>Net death benefit: $6907.77<br>Net cash value: $843.38 | 735 ILCS 5 §12-1001(h)(3)<br>215 ILCS 5 §238<br>735 ILCS 5 §12-1001(f) | 100%<br>100%<br>100% | 843.38 |
| AT & T stock<br>15+/- shares | 735 ILCS 5 §12-1001(b) | 600.00 | 600.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Giganti, Francis Joseph
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **1999 Toyota Corolla**<br>**Mileage 60,000**<br>**FMV of $3,000** | **735 ILCS 5 §12-1001(c)**<br>**735 ILCS 5 §12-1001(b)** | **2,400.00**<br>600.00 | **3,000.00** |
| **Assets held by Illinois State Treasurer**<br> Northern Trust Co - cashiers check $12.69<br> National City - savings account $119.51<br> Lucent Technologies - dividends $2.56 | **735 ILCS 5 §12-1001(b)** | 134.76 | 134.76 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Giganti, Francis Joseph

Debtor(s)

Case No. _____

(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Illinois National Bank**<br>**322 E Capitol Ave**<br>**Springfield, IL  62701-1710** | | | **Money loaned - original loan in 2004**<br>**Security interest given in accounts**<br>**receivable and office furniture and**<br>**equipment**<br><br>VALUE $ **55,807.00** | | | | 181,439.69 | 125,632.69 |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

_____ **0** continuation sheets attached

| | Subtotal<br>(Total of this page) | $ 181,439.69 | $ 125,632.69 |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ 181,439.69 | $ 125,632.69 |
| | | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data ) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Giganti, Francis Joseph
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Totals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___ **1** continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

IN RE Giganti, Francis Joseph                                    Case No. _____
_____
                    Debtor(s)                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Illinois Dept Of Employment Security <br> 850 E Madison St Fl 2 <br> Springfield, IL 62702 | | | 2006 & 2007 <br> Unemployment contribution liability | | | X | 1,584.00 | 1,584.00 | |
| ACCOUNT NO. <br> Illinois Dept Of Revenue <br> Bankruptcy Section <br> PO Box 64338 <br> Chicago, IL 60664-0338 | | | 2004, 2005, 2006 & 2007 <br> 940 & 941 employee withholding | | | X | 2,160.00 | 2,160.00 | |
| ACCOUNT NO. <br> Illinois Dept Of Revenue <br> Bankruptcy Section <br> PO Box 64338 <br> Chicago, IL 60664-0338 | | | 2003, 2004, 2005 & 2006 <br> 1040 liability | | | X | 9,000.00 | 9,000.00 | |
| ACCOUNT NO. <br> Internal Revenue Service <br> 320 W Washington St <br> Springfield, IL 62701-1135 | | | 2004, 2005, 2006 & 2007 <br> 940 & 941 employee withholding and social security/medicare | | | X | 13,600.00 | 13,600.00 | |
| ACCOUNT NO. <br> Internal Revenue Service <br> 320 W Washington St <br> Springfield, IL 62701-1135 | | | 2003, 2004, 2005 & 2006 <br> 1040 liability | | | X | 54,000.00 | 54,000.00 | |
| ACCOUNT NO. | | | | | | | | | |

© 1993-2008 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ 80,344.00 | $ 80,344.00 | $ |
|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 80,344.00 | | |
|  | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 80,344.00 | $ |

B6F (Official Form 6F) (12/07)

IN RE Giganti, Francis Joseph
                                          Debtor(s)

Case No. _____
                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Adam Giganti<br>725 S 4th St<br>Springfield, IL  62703 | | | 2007<br>Liability that might arise on the part of Debtor to the extent this co-debtor pays in whole or in part a certain loan obligation to Bank of Springfield | | | | 100.00 |
| ACCOUNT NO. 3783-672060-91008<br>American Express<br>PO Box 297879<br>Fort Lauderdale, FL  33329-7879 | | | Credit extended<br>2007 | | | | 2,967.06 |
| ACCOUNT NO.<br>Debt Alert<br>4836 Brecksville Rd<br>Richfield, OH  44286 | | | Assignee or other notification for:<br>American Express | | | | |
| ACCOUNT NO.<br>Total Credit Recovery USA Group Inc<br>PO Box 2304<br>Buffalo, NY  14240-2304 | | | Assignee or other notification for:<br>American Express | | | | |

_7_ continuation sheets attached

Subtotal
(Total of this page) $ | 3,067.06

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Giganti, Francis Joseph                                    Case No. _____
_____
        Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instruction Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3728-404718-92009 **American Express** **PO Box 650448** **Dallas, TX 75265-0448** | | | Credit extended 2007 | | | | 3,745.77 |
| ACCOUNT NO. **Nationwide Credit Inc** **3835 N Freeway Blvd Ste 115** **Sacramento, CA 95834-1954** | | | Assignee or other notification for: American Express | | | | |
| ACCOUNT NO. 21749251135407 **AT & T** **PO Box 8100** **Aurora, IL 60507-8100** | | | Services provided 2007 | | | | 628.36 |
| ACCOUNT NO. **Alliant Law Group LLP** **97 E Brokaw Rd Ste 240** **San Jose, CA 95112** | | | Assignee or other notification for: AT & T | | | | |
| ACCOUNT NO. **Bank Of Springfield** **3400 Wabash Ave** **Springfield, IL 62711** | X | | 2006 Money loaned | | | | 36,302.18 |
| ACCOUNT NO. **Bank Of Springfield** **3400 Wabash Ave** **Springfield, IL 62711** | | | 2006 Money loaned | | | | 21,000.00 |
| ACCOUNT NO. **Carrollton Bank** **2135 Wabash Ave** **Springfield, IL 62704** | | | Money loaned 2004-2005 | | | | 48,438.06 |

Sheet no. __1__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 110,114.37

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Giganti, Francis Joseph

Debtor(s)

Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Claudio Pecori<br>2505 Mandan Ct<br>Springfield, IL 62702 | | | 2005-2006<br>Money loaned | | | | 6,500.00 |
| ACCOUNT NO. 4316-4442-0241-0818<br>Commerce Bank<br>PO Box 80600<br>Kansas City, MO 64180-6000 | | | Credit extended<br>2007 | | | | 4,638.94 |
| ACCOUNT NO.<br>Commerce Bank Card Center<br>PO Box 411036<br>Kansas City, MO 64141-1036 | | | See entry above | | | | 0.00 |
| ACCOUNT NO.<br>Edmond Rees<br>PO Box 556<br>Carlinville, IL 62626 | | | Attorney for Kenneth Diehl & Ruth Butler | | | | 0.00 |
| ACCOUNT NO.<br>Edward Huntley<br>2012 S Walnut St<br>Springfield, IL 62704 | | | 2007<br>Liability that might arise on the part of Debtor to the extent this co-debtor pays in whole or in part a certain loan obligation to Bank of Springfield | | | | 100.00 |
| ACCOUNT NO.<br>Franklin Nix<br>C/O Rebecca Nix<br>210 W Elm<br>Thayer, IL 62689 | | | Liability that might arise as a result of alleged professional negligence | | | X | 100.00 |
| ACCOUNT NO.<br>Gary & Deborah Blanford<br>240 N Prairie Ave<br>Mundelein, IL 60060 | | | 2007<br>Liability that might arise as a result of alleged professional negligence | | | X | 100.00 |

Sheet no. ____2____ of ____7____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 11,438.94

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Giganti, Francis Joseph                                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **107229**<br>**George Alarm Company Inc**<br>**917 S 9th St**<br>**Springfield, IL 62703** | | | **Alleged service agreement**<br>**2006-2007** | | | X | 1,049.82 |
| ACCOUNT NO.<br>**Hart Southworth & Witsman**<br>**1 N Old State Capitol Plz**<br>**Springfield, IL 62701** | | | **Attorney for Carrollton Bank** | | | | 0.00 |
| ACCOUNT NO.<br>**Henry Hagen**<br>**Loewenstein Hagen & Smith**<br>**1204 S 4th St**<br>**Springfield, IL 62703** | | | **Attorney for Town & Country Bank** | | | | 0.00 |
| ACCOUNT NO. **41810206166970**<br>**Household Finance**<br>**PO Box 17574**<br>**Baltimore, MD 21297** | | | **Money loaned**<br>**March 2007 & October 2007** | | | | 10,565.14 |
| ACCOUNT NO.<br>**Household Finance**<br>**3035 S Dirksen Pkwy**<br>**Springfield, IL 62703** | | | **See entry above** | | | | 0.00 |
| ACCOUNT NO.<br>**Jon Gray Noll**<br>**802 S 2nd St**<br>**Springfield, IL 62704** | | | **Attorney for Illinois National Bank** | | | | 0.00 |
| ACCOUNT NO.<br>**Kenneth Deihl**<br>**1330 N Springfield St**<br>**Virden, IL 62690** | | | **2006**<br>**Damages pursuant to Judgment entered on 2008** | | | | 20,000.00 |

Sheet no. ___3___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **31,614.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Giganti, Francis Joseph _____    Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kerber Eck & Braeckel<br>1000 Myers Building<br>1 W Old State Capitol Plz<br>Springfield, IL 62701 | | | Services rendered<br>February 2007 | | | | 725.00 |
| ACCOUNT NO.<br>Kristie Osborn<br>10 Lancelot Dr<br>Rochester, IL 62563 | | | Liability that might arise as a result of alleged professional negligence | | | X | 100.00 |
| ACCOUNT NO.<br>Law Bulletin Publishing Company<br>415 N State St<br>Chicago, IL 60610 | | | Alleged money owed<br>2006 | | | X | 45.00 |
| ACCOUNT NO. 155415<br>Lexis Nexis<br>121 Chanlon Rd<br>New Providence, NJ 07974 | | | Services provided<br>2007 | | | | 2,009.74 |
| ACCOUNT NO.<br>Capital Recovery Corporation<br>PO Box 1008<br>Alpharetta, GA 30009-1008 | | | Assignee or other notification for:<br>Lexis Nexis | | | | |
| ACCOUNT NO.<br>Capital Recovery Corporation<br>312 Maxwell Rd Ste 100<br>Alpharetta, GA 30004-2037 | | | Assignee or other notification for:<br>Lexis Nexis | | | | |
| ACCOUNT NO. 25162100<br>Londrigan Potter & Randle<br>1227 S 7th St<br>Springfield, IL 62703 | | | Services rendered<br>2006-2008 | | | | 140.00 |

Sheet no. ___4___ of ___7___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 3,019.74

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Giganti, Francis Joseph                                              Case No. _____
_____
                    Debtor(s)                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Mal Hildebrand**<br>**2003 Monteford Ct**<br>**Springfield, IL  62704** | | | **Liability that might arise as a result of alleged professional negligence** | | | X | <br><br><br>100.00 |
| ACCOUNT NO. <br><br>**Michael Giganti**<br>**3848 N Whipple St**<br>**Chicago, IL  60618** | | | **2006**<br>**Money loaned** | | | | <br><br><br>12,500.00 |
| ACCOUNT NO. <br><br>**Nelson Wall Systems**<br>**134 N First St**<br>**Sherman, IL  62684** | | | **2006**<br>**Money loaned** | | | | <br><br><br>60,000.00 |
| ACCOUNT NO. <br><br>**Pacer Service Center**<br>**PO Box 70951**<br>**Charlotte, NC  28272** | | | **Services rendered**<br>**2007** | | | | <br><br><br>203.76 |
| ACCOUNT NO. <br><br>**Patricia Giganti**<br>**2017 N 23rd St**<br>**Springfield, IL  62702** | | | **2006**<br>**Money loaned** | | | | <br><br><br>8,500.00 |
| ACCOUNT NO. <br><br>**Rebecca Nix**<br>**210 W Elm**<br>**Thayer, IL  62689** | | | **Liability that might arise as a result of alleged professional negligence** | | | X | <br><br><br>100.00 |
| ACCOUNT NO. <br><br>**Ruth Butler**<br>**RR 1**<br>**Virden, IL  62690** | | | **2006**<br>**Damages associated with professional negligence and judgment entered 2008** | | | | <br><br><br>20,000.00 |

Sheet no. __5__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | $ 101,403.76 |
|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Giganti, Francis Joseph                                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Ryan Hildebrand <br> C/O Mal Hildebrand <br> 2003 Monteford Ct <br> Springfield, IL 62704 | | | Liability that might arise as a result of alleged professional negligence | | | X | 100.00 |
| ACCOUNT NO. <br> Software Technology Inc <br> 1621 Cushman Dr <br> Lincoln, NE 68512-1237 | | | Maintenance contracts <br> January 2008 | | | | 180.00 |
| ACCOUNT NO. <br> Steve Tagge <br> Sorling Northrup Hannah Cullen & Cochran <br> 607 E Adams St Rm 800 <br> Springfield, IL 62701 | | | Attorney for Bank of Springfield | | | | 0.00 |
| ACCOUNT NO. <br> Tabs3 Practice Master <br> 1621 Cushman Dr <br> Lincoln, NE 68512 | | | Maintenance contracts <br> January 2008 | | | | 180.00 |
| ACCOUNT NO. <br> Terri Brandenburger <br> 134 N First St <br> Sherman, IL 62684 | | | 2006 <br> Money loaned | | | | 60,000.00 |
| ACCOUNT NO. 8310937540 <br> The Hartford <br> PO Box 2907 <br> Hartford, CT 06104-2907 | | | Insurance premium <br> May 2007 | | | X | 237.00 |
| ACCOUNT NO. 103339076 <br> Thomson West <br> PO Box 64833 <br> Saint Paul, MN 55164 | | | Alleged money owed for update service <br> June 2007 | | | X | 19.45 |

Sheet no. __6__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 60,716.45

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only.

B6F (Official Form 6F) (12/07) - Cont.

IN RE Giganti, Francis Joseph                                          Case No. _____
_____                                              (If known)
            Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Town & Country Bank**<br>**3601 Wabash Ave**<br>**Springfield, IL  62711** | | | **2005-2006**<br>**Money loaned** | | | | **35,000.00** |
| ACCOUNT NO. **106622**<br>**Watts Copy Systems Inc**<br>**2860 Stanton St**<br>**Springfield, IL  62703** | | | **Alleged lease payments**<br>**2006-2007** | | | X | **1,044.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**7**___ of ____**7**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **36,044.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $  **357,419.28**

© 1993-2008 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Giganti, Francis Joseph
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| **Michael J Logan Ltd**<br>837 S 4th St<br>Springfield, IL  62703-2220<br><br>**Meff Enterprises** | **Contract for legal services entered into on May 1, 2007 by and between Micahel J. Logan, attorney and Francis J Giganti as to collection of accounts receivable of Francis J Giganti by Michael J Logan**<br><br>**Lease of storage space for legal files entered into on or about 11/1/06** |

© 1993-2008 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Giganti, Francis Joseph                                    Case No. _____
_____                                        _____
            Debtor(s)                                                      (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Adam Giganti**<br>**725 S 4th St**<br>**Springfield, IL  62703** | **Bank Of Springfield**<br>**3400 Wabash Ave**<br>**Springfield, IL  62711** |
| **Edward Huntley**<br>**2012 S Walnut St**<br>**Springfield, IL  62704** | **Bank Of Springfield**<br>**3400 Wabash Ave**<br>**Springfield, IL  62711** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE Giganti, Francis Joseph _____    Case No. _____
                        Debtor(s)                                    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Married but seperated 6/13/07 | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | Debtor has been married for 37 years. To the extent the parties are seperated but not divorced the Law of Illinois still mandates certain expense liability and support obligations. |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ 0.00 | $ |
| 2. Estimated monthly overtime | | $ | $ |
| **3. SUBTOTAL** | | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | | $ | $ |
| b. Insurance | | $ | $ |
| c. Union dues | | $ | $ |
| d. Other (specify) | | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | | $ | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ | $ |
| 8. Income from real property | | $ | $ |
| 9. Interest and dividends | | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ | $ |
| 11. Social Security or other government assistance (Specify) | | $ | $ |
| | | $ | $ |
| 12. Pension or retirement income | | $ | $ |
| 13. Other monthly income (Specify) | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | | $ | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | | $ 0.00 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

$ 0.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

As of 4/8/08 Debtor commenced working part time for Nelson Wall Systems, Inc. for approx. 25-30 hours per month at $20 per hour

B6J (Official Form 6J) (12/07)

IN RE Giganti, Francis Joseph                                          Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ _____ |
|    a. Are real estate taxes included?  Yes ____  No ____ | |
|    b. Is property insurance included?  Yes ____  No ____ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ _____ |
|    b. Water and sewer | $ _____ |
|    c. Telephone | $ 160.00 |
|    d. Other   Cell phone | $ _____ |
| 3. Home maintenance (repairs and upkeep) | $ _____ |
| 4. Food | $ 200.00 |
| 5. Clothing | $ 20.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 40.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 10.00 |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ _____ |
|    b. Life | $ _____ |
|    c. Health | $ _____ |
|    d. Auto | $ 50.00 |
|    e. Other | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $ _____ |
|    (Specify) _____ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ _____ |
|    b. Other | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ _____ |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other   Grooming and personal care | $ 20.00 |
| | $ _____ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.       $ 720.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
As of June 1, 2008, Debtor will have rental expense of $650.00 and utilities of $300.00
Alimony and maintenance is a possibility

**20. STATEMENT OF MONTHLY NET INCOME**
| | |
|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ 0.00 |
|    b. Average monthly expenses from Line 18 above | $ 720.00 |
|    c. Monthly net income (a. minus b.) | $ -720.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Giganti, Francis Joseph                                          Case No. _____
                          Debtor(s)                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ 26 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 7-16-08 _____     Signature: _____
                                      Francis Joseph Giganti                                      Debtor

Date: _____     Signature: _____
                                                                              (Joint Debtor, if any)
                                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Giganti, Francis Joseph                                        Chapter **7**
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 3 computers, printer, printer/scanner/fax, : | Illinois National Bank | | | ✓ | |
| Accounts receivable of Law Office of Fran | Illinois National Bank | | | ✓ | |

| Description of Leased Property | Lessor's Name | | | | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|---|---|---|
| | | | | | |

4-16-08 _____  _____  _____  _____
Date      Francis Joseph Giganti          Debtor                    Joint Debtor (if applicable)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                              Case No. _____ ___ ____ ____ __

Giganti, Francis Joseph                                            Chapter 7 _____
_____
                Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,036.00 | 2008 to date |
| 82,633.91 | 2007 |
| 208,510.87 | 2006 estimated |

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2,100.00 | 2006 City of Springfield, Illinois - Planning & Zoning Committee Member |
| 301.62 | 2007 Northwestern Mutual dividends |
| | Dividends not received directly by Debtor but applied by Northwestern Mutual to pay premiums |
| 45.44 | 2007 Metlife dividends/interest |
| | Dividends/interest not received directly by Debtor but applied by Metlife to pay premiums |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Illinois National Bank v. Francis J Giganti 07-CH-208** | **Count I - money owed (promissory note) Count II - foreclosure** | **Sangamon County, Springfield, Illinois** | **Judgment for money owed Foreclosure count dismissed** |
| **Carrollton Bank v. Francis J Giganti 06-LM-1393** | **Money owed (promissory note)** | **Sangamon County, Springfield, Illinois** | **Judgment entered on 2/6/08 for money owed** |
| **Kenneth Diehl & Ruth Butler v. Francis J Giganti 06-LM-170** | **Damages associated with legal malpractice** | **Sangamon County, Springfield, Illinois** | **Judgment entered** |
| **Counsel of Better Business Bureau v. Francis J Giganti 06-L-246** | **Consent judgment** | **Originally in Macoupin County, Carlinville, Illinois and Foreign judgment registered in Sangamon County, Springfield, Illinois** | **Released/Dismissed** |
| **In Re Francis Joseph Giganti 07DC1004** | **Administrative** | **Springfield, Illinois** | **Voluntary surrender of license/consent of disbarment** |

---

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Counsel Of Better Business Bureau** | **Approx March 2007** | **Garnished Bank of Springfield operating checking account approximately $69.00** |

---

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Patricia Giganti 2017 N 23rd St Springfield, IL 62702 Sister | 10/26/06 | Small refrigerator and plastic supply cabinet $75 |
| Greg Campbell RR 1 Meredosia, IL 62665 | 11/1/06 | 17 yr old refrigerator and utility (kitchen) cart $100.00 |
| Mario Perrino 214 S 6th St Springfield, IL 62701 | 11/8/06 | Manning painting (Sixth St) $800.00 |
| Mario Perrino 214 S 6th St Springfield, IL 62701 | 11/10/06 | Manning painting (8 South) and Manning painting (Capitol) $700.00 |
| Patricia Doyle Associates 3030 W Jefferson St Springfield, IL 62707 Auctioneer | 11/30/06 | See comments $4505.00 gross sum less commission of $1351.50 leaving a net sum of $3153.50 |

Pair of wingback chairs, framed modern print, 2 framed modern prints, numbered composite tile of Springfield, IL, framed signed modern oriental 3 dimensional fan, framed sketch of peasant woman, 3 framed prints, large brass table lamp, Crosley reproduction radio and CD player, leather couch and 4 pillows, 6 wooden office side chairs with matching settee, group of 4 matching area and throw rugs, wooden 3-sided receptionist's desk with glass inset, wooden L-shaped executive desk with protective glass top, executive bulletin board with erasable surface, French Provincial style secretary's desk, small 2 door credenza with glass overlay top, 2 matching rug runners, small Queen Anne style end table, 4 non-matching arm chairs, large wood conference table with glass top, 6 executive leather chair with wooden arms, base and rollers, French Provincial style console table, 5 x 8 area rug with cream ground, 36" tall oriental folding screen, modern Mission-style lowboy bookcase and 2 drawers, small decorative oriental screen, large contemporary ceiling tile "Rosette Plaque" by Ballard Designs, Ethan Allen console table, console table by Lane, wooden breakfast table with 2 matching bar stool height chairs, coffee table and matching end table, large beveled mirror in modern frame

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Mario Perrino<br>214 S 6th St<br>Springfield, IL  62701 | 11/21/06 | Purchased telephone system for $1500 |
| Michael J Logan Ltd<br>837 S 4th St<br>Springfield, IL  62703-2220<br>Buyer | 8/28/07 | See comments $350.00 |

Leather executive chair, sofa table, 4 chairs, table, 9 legal size filing cabinets, storage cabinet, 4 plastic waste paper cans, 10 plastic paper trays, 3 misc paper clip containers, box of highlighters, box of pens, box of #2 pencils, assorted file labels, 5 boxes of paper clips, 5 rolls of scotch tape, 1/2 box letter size envelopes, 1/2 box class envelopes, 18 legal pads, steno bracket, box of rubber bands, blue and red ink for received stamp, 11 large post it notes, 9 small post it notes, 2 boxes of expanded folders, 3 bottles of white out, 2 bottles of gas duster, screen cleaning wipes, 4 steno pads, foam message book, plastic pencil holder, 3 staplers, 1/4 ream of paper and 50 sheets of copy paper

| | | |
|---|---|---|
| Ernest C Doyon<br>Buyer | | Debtor and Debtor's spouse sold real estate commonly described as 2444 Haverford Rd, Springfield, IL for gross sum of $162,900. After deducting ordinary and customary closing expenses the net sum of $135,526.84 was distributed to United Community Bank for the 1st mortgage and the net sum of $12,550.58 to Illinois National Bank for the 2nd mortgage.  Closing took place on 6/15/07. |
| Illinois National Bank Security Interest | | |
| Charity | | |
| CarMax<br>Auctioneer | 10/28/06 | Debtor sold a 2005 Toyota Camry for the gross sum of $15,000 which proceeds were paid to Town & Country Bank pursuant to their lien interest |

None
☑    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|
| Bank Of Springfield<br>3400 Wabash Ave<br>Springfield, IL  62711 | Trust checking account | Approximately May 2007 |
| Bank Of Springfield<br>3400 Wabash Ave<br>Springfield, IL  62711 | Operating checking account | Approximately May 2007 |
| Illinois National Bank<br>322 E Capitol Ave<br>Springfield, IL  62701-1710 | Trust checking account | Approximately November 2007 |
| Illinois National Bank<br>322 E Capitol Ave<br>Springfield, IL  62701-1710 | Operating checking account | Approximately April 2007 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None [✓] List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None [✓] List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None [✓] List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None [ ] If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2444 Haverford Rd., Springfield, Illinois 62704 | Francis J Giganti | 10/4/81 to 6/13/07 |

**16. Spouses and Former Spouses**

None [✓] If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None [✓] a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None [✓] b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None [✓] c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None [ ] a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

© 1993-2008 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| The Law Office Of Francis J Giganti | 20-0497366 | 837 S 4th St Springfield, IL 62703 | Practice of law/ sole proprietor | 11/14/07 to 5/18/07 |
| The Law Office Of Francis J Giganti | 20-0497366 | 8 Old State Capitol Plaza Springfield, IL 62701 | Practice of law/ sole proprietor | 6/1/04 to 11/13/07 |
| Stratton Giganti Stone & Kopec | 37-1102806 | 725 S 4th St Springfield, IL 62703 | Practice of law/ partner | 1/1/00 to 12/31/03 |
| The Law Office Of Francis J Giganti | 20-0497366 | 725 S 4th St Springfield, IL 62703 | Practice of law/ sole proprietor | 1/1/04 to 5/31/04 |
| GAP | 37-1182539 | 214 S 6th St Springfield, IL 62701 | ownership and development of commercial real estate | May 1984 to January 1, 2006 (Became GAP LLC as of 2005) Partner |
| Mermaid Car Wash Inc | 37-1254986 | 2631 S Macarthur Blvd Springfield, IL 62704 | Commercial car wash | 1989 to 2004 5% shareholder |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Illinois Dept Of Employment Security 850 E Madison St Fl 2 Springfield, IL 62702 | 1/25/08 |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
Francis J Giganti
3848 N Whipple St
Chicago, IL 60618

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Illinois National Bank 322 E Capitol Ave Springfield, IL 62701-1710 | on or about 9/29/06 |

© 1993-2008 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

| | |
|---|---|
| **Carrollton Bank**<br>315 6th St<br>Carrollton, IL  62016-1247 | on or about 9/29/06 |
| **Town & Country Bank** | on or about 9/29/06 |
| **Bank Of Springfield** | on or about 9/29/06 |
| **United Community Bank**<br>1900 W Iles Ave<br>Springfield, IL  62704-4176 | on or about 9/29/06 |
| **Internal Revenue Service** | on or about 4/1/07 |
| **Counsel Of Better Business Bureau**<br>C/O Joe Martineau<br>St Louis, MO | on or about December 2006 |
| **William Bailey Et Al** | on or about December 2006 |

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR<br>**N/A** | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis) |
|---|---|---|

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS<br>**N/A** |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS<br>**N/A** | NATURE OF INTEREST | PERCENTAGE OF INTEREST<br>**0.000000** |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS<br>**N/A** | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

### 22. Former partners, officers, directors and shareholders

None ☐ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>**N/A** | DATE OF WITHDRAWAL |
|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>**N/A** | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**N/A** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|

© 1993-2008 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**24. Tax Consolidation Group**

None ☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION
**N/A**

TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None ☐ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION PLAN
**N/A**

TAXPAYER IDENTIFICATION NUMBER

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: April **16** 2008    Signature /s/ Francis Joseph Giganti
of Debtor

Francis Joseph Giganti

Date: _____    Signature _____
of Joint Debtor
(if any)

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                              Case No. _____

Giganti, Francis Joseph _____    Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____**52**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: ___4-16-08___                    _____
                                        Debtor

                                        _____
                                        Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Giganti, Francis Joseph
3848 N Whipple
Chicago, IL 60618

Adam Giganti
725 S 4th St
Springfield, IL  62703

Alliant Law Group LLP
97 E Brokaw Rd Ste 240
San Jose, CA  95112

American Express
PO Box 297879
Fort Lauderdale, FL  33329-7879

American Express
PO Box 650448
Dallas, TX  75265-0448

AT & T
PO Box 8100
Aurora, IL  60507-8100

Bank Of Springfield
3400 Wabash Ave
Springfield, IL  62711

Capital Recovery Corporation
PO Box 1008
Alpharetta, GA  30009-1008

Capital Recovery Corporation
312 Maxwell Rd Ste 100
Alpharetta, GA  30004-2037

Carrollton Bank
2135 Wabash Ave
Springfield, IL  62704

Claudio Pecori
2505 Mandan Ct
Springfield, IL  62702

Commerce Bank
PO Box 80600
Kansas City, MO  64180-6000

Commerce Bank Card Center
PO Box 411036
Kansas City, MO  64141-1036

Debt Alert
4836 Brecksville Rd
Richfield, OH  44286


Edmond Rees
PO Box 556
Carlinville, IL  62626


Edward Huntley
2012 S Walnut St
Springfield, IL  62704


Franklin Nix
C/O Rebecca Nix
210 W Elm
Thayer, IL  62689


Gary & Deborah Blanford
240 N Prairie Ave
Mundelein, IL  60060


George Alarm Company Inc
917 S 9th St
Springfield, IL  62703


Hart Southworth & Witsman
1 N Old State Capitol Plz
Springfield, IL  62701


Henry Hagen
Loewenstein Hagen & Smith
1204 S 4th St
Springfield, IL  62703


Household Finance
PO Box 17574
Baltimore, MD  21297


Household Finance
3035 S Dirksen Pkwy
Springfield, IL  62703


Illinois Dept Of Employment Security
850 E Madison St Fl 2
Springfield, IL  62702


Illinois Dept Of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL  60664-0338

Illinois National Bank
322 E Capitol Ave
Springfield, IL  62701-1710


Internal Revenue Service
320 W Washington St
Springfield, IL  62701-1135


Jon Gray Noll
802 S 2nd St
Springfield, IL  62704


Kenneth Deihl
1330 N Springfield St
Virden, IL  62690


Kerber Eck & Braeckel
1000 Myers Building
1 W Old State Capitol Plz
Springfield, IL  62701


Kristie Osborn
10 Lancelot Dr
Rochester, IL  62563


Law Bulletin Publishing Company
415 N State St
Chicago, IL  60610


Lexis Nexis
121 Chanlon Rd
New Providence, NJ  07974


Londrigan Potter & Randle
1227 S 7th St
Springfield, IL  62703


Mal Hildebrand
2003 Monteford Ct
Springfield, IL  62704


Michael Giganti
3848 N Whipple St
Chicago, IL  60618


Michael J Logan Ltd
837 S 4th St
Springfield, IL  62703-2220

Nationwide Credit Inc
3835 N Freeway Blvd Ste 115
Sacramento, CA  95834-1954


Nelson Wall Systems
134 N First St
Sherman, IL  62684


Pacer Service Center
PO Box 70951
Charlotte, NC  28272


Patricia Giganti
2017 N 23rd St
Springfield, IL  62702


Rebecca Nix
210 W Elm
Thayer, IL  62689


Ruth Butler
RR 1
Virden, IL  62690


Ryan Hildebrand
C/O Mal Hildebrand
2003 Monteford Ct
Springfield, IL  62704


Software Technology Inc
1621 Cushman Dr
Lincoln, NE  68512-1237


Steve Tagge
Sorling Northrup Hannah Cullen & Cochran
607 E Adams St Rm 800
Springfield, IL  62701


Tabs3 Practice Master
1621 Cushman Dr
Lincoln, NE  68512


Terri Brandenburger
134 N First St
Sherman, IL  62684


The Hartford
PO Box 2907
Hartford, CT  06104-2907


Thomson West

PO Box 64833
Saint Paul, MN  55164


Total Credit Recovery USA Group Inc
PO Box 2304
Buffalo, NY  14240-2304


Town & Country Bank
3601 Wabash Ave
Springfield, IL  62711


Watts Copy Systems Inc
2860 Stanton St
Springfield, IL  62703